```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-6-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAYDEE CIFUENTES,

                Plaintiff,

        v.

TARGET CORPORATION,

                Defendant.

19-CV-6805 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's conference, it is hereby:

    ORDERED that Defendant Target Corporation's motion for summary judgment, if any, shall be filed no later than January 11, 2021. Plaintiff shall respond by February 15, 2021. Defendant's reply will be due on February 22, 2021.

    The parties are further directed to keep the Court apprised as to the status of their settlement discussions, and to inform the Court if at any point they request either a referral to a magistrate judge for a settlement conference or to the Southern District's mediation program.

SO ORDERED.

Dated:    November 6, 2020
              New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge