UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-5-21
```

HAYDEE CIFUENTES,

                Plaintiff,

        v.

TARGET CORPORATION,

                Defendant.

19-CV-6805 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       On December 28, 2020, the Court granted the parties' request for an extension of time to complete expert discovery and for Defendant to file a summary judgment motion. Dkt. 36. No motion has been filed. No later than April 15, 2021, the parties are directed to file a joint letter updating the Court on the status of this case, including whether expert discovery is complete and whether the Court can assist in any settlement discussions, including by referring this matter to Magistrate Judge Cave for a settlement conference or to the Southern District's mediation program.

SO ORDERED.

Dated:    April 5, 2021
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge